**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

WILLIAM RETTSTATT JOSEPH PAIN                                    PLAINTIFF
ADC # 141617

v.                                    4:26CV00147-JM-JTK

DEXTER PAYNE, et al.                                                DEFENDANTS

## ORDER

Defendants Jared Byers, Joseph Bivens, and Brandon Higgins, through counsel, filed an

Answer to Plaintiff's Complaint and provided their full and correct names.    (Doc. No. 20).    The

Clerk of the Court is directed to change the style of the case to reflect the full and correct name of

each Defendant.

IT SO ORDERED this 15th day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE