**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

WILLIAM RETTSTATT JOSEPH PAIN                                        PLAINTIFF
ADC # 141617

v.                                        4:26CV00147-JM-JTK

DEXTER PAYNE, et al.                                                DEFENDANTS

**ORDER**

On April 1, 2026, the Court directed service of Plaintiff's claims on Defendant Douglas Penick, among others. (Doc. No. 8). Summons for Defendant Penick was returned unexecuted. (Doc. No. 16).   The Court was then provided a last known address for Defendant Penick that is maintained under seal. (Id.).   The Court will attempt service on Defendant Penick at the address maintained under seal.

Accordingly, the Clerk of the Court is directed to prepare Summons for Defendant Douglas Penick. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant Penick without prepayment of fees and costs or security therefore. Service on Defendant Penick should be attempted at the address maintained under seal. (Doc. No. 16).

IT IS SO ORDERED this 15th day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE