**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM RETTSTATT JOSEPH PAIN** **PLAINTIFF**
**ADC # 141617**

**v.** **CASE NO. 4:26-cv-00147-JM-JTK**

**DEXTER PAYNE, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Motion for Summary Judgment filed by Defendants Bivens, Byers, Higgins, and Penick (Doc. No. 27) is GRANTED;

2. Plaintiff's claims against Defendants Bivens, Byers, Higgins, and Penick are DISMISSED without prejudice for failure to exhaust administrative remedies;

3. The Court directs the Clerk to CLOSE this action; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE