**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM RETTSTATT JOSEPH PAIN** **PLAINTIFF**
**ADC # 141617**

**v.** **CASE NO. 4:26-cv-00147-JM-JTK**

**DEXTER PAYNE, et al.** **DEFENDANTS**

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of September, 2026.

UNITED STATES DISTRICT JUDGE